| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 6-23-20 |

JAN R. PURGESS,

                Plaintiff,

            v.

MARTINA PARAUDA, *Director, VA NY Harbor Healthcare System* AND ROBERT WILKIE, *Secretary, Department of Veterans Affairs*,

                Defendants.

20-CV-2984 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action on April 13, 2020. By letter dated June 19, 2020, Plaintiff informed the Court that his process servers have been unable to serve Defendants in light of the COVID-19 pandemic. In the interest of efficiency, the Court orders that Defendants Martina Parauda and Robert Willkie be served through the U.S. Marshals Service. *See* Fed. R. Civ. P. 4(c)(3).

    To allow Plaintiff to effect service on Defendants Parauda and Willkie through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each defendant. The Clerk of Court is also instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A."; (2) issue amended summonses; and (3) deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States and these defendants.

    If service is not made within 90 days of the date the amended summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff

also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

      Accordingly, the Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff, together with an information package.  The Clerk of Court is further instructed to (1) complete the USM-285 forms with the addresses for Defendants Parauda and Willkie; (2) check the box on the USM-285 forms labeled "Check for service on U.S.A."; (3) issue amended summonses; and (4) deliver to the U.S. Marshals Service all documents necessary to effect service.

SO ORDERED.

Dated:    June 23, 2020
            New York, New York

                                    RONNIE ABRAMS
                                    United States District Judge