```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAN R. PURGESS                                              :
                                                            :
                              Plaintiff,                    :
                                                            :      No. 20-CV-2984 (RA)
              -v-                                           :
                                                            :            ORDER
MARTINA PARAUDA AND ROBERT                                  :
WILKIE,                                                     :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

RONNIE ABRAMS, United States District Judge:

In light of the fact that the court-ordered mediation has yet to take place, the telephone conference scheduled for Friday, February 26, *see* Dkt. 23, is adjourned *sine die*. No later than two weeks following the completion of mediation, the Government is directed to provide a status update. If the mediation is unsuccessful, the Court will reschedule the initial case management conference.

SO ORDERED.

Dated:      February 22, 2021
            New York, New York

                                          _____
                                          Ronnie Abrams
                                          United States District Judge