```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN R. PURGESS,

                Plaintiff,

v.

MARTINA PARAUDA AND ROBERT WILKIE,

                Defendants.

No. 20-CV-2984 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at yesterday's conference, Defendants shall respond to Plaintiff's motion (Dkt. 24) no later than April 9, 2021. Plaintiff may, if he chooses, file a reply no later than May 10, 2021. Also as discussed at the conference, the Court will not enter a case management plan at this time.

    To the extent Plaintiff wishes to request discovery in connection with his preliminary injunction motion, he shall do so by letter no later than April 1, 2021. As noted, Defendants may respond to such request by separate letter, or they may include a response to any discovery request as part of their brief in opposition to the preliminary injunction motion.

SO ORDERED.

Dated:    March 26, 2021
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge