USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAN R. PURGESS,

                Plaintiff

            v.

MARTINA PARAUDA, *Director, VA NY Harbor Healthcare System*, and DENIS MCDONOUGH, *Secretary, Department of Veteran's Affairs*,

                Defendants.

No. 20-CV-2984 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    In light of Judge Lehrburger's October 13, 2021 Order extending the deadline to complete discovery in this case to March 31, 2022, Dkt. 54, the post-discovery conference scheduled for February 4, 2022 is hereby adjourned to April 15, 2022 at 3:00 p.m. This conference will be held via telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

    No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:     February 1, 2022
              New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge