```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAN R. PURGESS,

                Plaintiff,

      - against -

MCDONOUGH, et al.,

                Defendants.
------------------------------------------------------------X

20-CV-02984 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On February 22, 2022, Plaintiff filed a letter concerning Defendants' compliance with discovery. Defendants have not filed a response. Accordingly, no later than March 4, 2022, Defendants shall file a response. In the meantime, the Court will schedule a conference with the parties.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: March 1, 2022
        New York, New York

Copies transmitted this date to all counsel of record.