UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAN R. PURGESS,

                Plaintiff,

    - against -

MCDONOUGH, et al.,

               Defendants.
------------------------------------------------------------X

20-CV-02984 (RA) (RWL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As discussed at the conference held on March 8, 2022:

    1. Defendant will produce the documents currently being collected and reviewed by March 29, 2022; the parties shall then meet and confer as to any issues regarding the adequacy of production. If the parties cannot resolve their issues after meeting and conferring, they may bring the issues to the attention of the Court.

    2. The Government's objection to producing pay data back to 2006 is overruled.

    3. The Court finds Defendants' responses and answers to document requests and interrogatories to be adequate for purposes of responding; to be clear, however, Plaintiff is still free to challenge the substance of objections interposed by the Government.

    4. The protective order for confidential information remains in place. The parties must first meet and confer regarding challenges to whether documents have appropriately been designated Confidential before bringing the issue to the Court's attention.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: March 8, 2022
      New York, New York

Copies transmitted this date to all counsel of record.